John D. Winter (JW 3252)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
Biomet Orthopedics, Inc. and Biomet, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 19 2006 ★

LONG ISLAND OFFICE

------------------------------------x

BEN NICOLOSI and VIRGINIA NICOLOSI

        Plaintiffs,

- against -

BIOMET ORTHOPEDICS, INC. AND BIOMET, INC.

        Defendants.

------------------------------------x

STIPULATION OF DISCONTINUANCE

No. 05 CV 3456

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that plaintiff's claims are hereby dismissed with prejudice and without costs to any party.

Dated: February 23 2006

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: _____
Attorneys for Defendants
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

WINGATE, RUSSOTTI & SHAPIRO LLP

By: _____
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2750
New York, NY 10170
(212) 986-7353

SO ORDERED: 5/19/06

_____
U.S.D.J.